UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: ) Case No.
)
Audrey Sontag )  ~~12-08940 MGW~~
)
) 8:12-bk-08940-MGW
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Check expired before I was able to deposit it, due to an incurable illness, hospital visits & surgeries.

Name of Claimant: Nancy Sontag-Crump (check was made out to Nancy Crump Sontag)

Mailing Address: 14848 Shorewood Ct.

City: Midlothian  State: VA  Zip Code: 2

Telephone Number: Home: 804-908-9447  Work: /

Last Four Digits of SS# or Tax ID Number: 8471

Amount of Claim: $11,192.99

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

Nancy Sontag-Crump                                        9-18-2014
CLAIMANT'S SIGNATURE                                    DATE

```
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON
```

**Union Bank**

ANGELA WELCH ESPOSITO, TRUSTEE
12157 W. Linebaugh Ave. PMB 401
Tampa, FL 33626

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

Order Doc 33 replace ck#3001 stop

**CHECK NUMBER**
**3002**

| DATE | AMOUNT |
|---|---|
| 04/24/13 | $******11,192.99 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 12-08940 MGW | Debtor: SONTAG, AUDREY |

**PAY TO THE ORDER OF**

Nancy Crump Sontag
2806 Long gate Ct.
Midlothian, VA 23312

*Eleven Thousand One Hundred Ninety Two Dollars And 99/100*

Void After 90 Days

⑃⑃0 0 3 0 0 2⑃⑃  ⑄⑄1 2 2 0 0 0 4 9 6⑄⑄  2 1 3 1 8 7 8 3 0 4⑃⑃

---

| Date: 04/24/13 | Check Number: 3002 | Amount: 11,192.99 |
|---|---|---|

Debtor Name: SONTAG, AUDREY
Case Number: 12-08940   MGW

| Paid To: | Nancy Crump Sontag<br>2806 Long gate Ct.<br>Midlothian, VA 23312 | ANGELA WELCH ESPOSITO, TRUSTEE<br>12157 W. Linebaugh Ave. PMB 401<br>Tampa, FL 33626 |
|---|---|---|

Description:   Order Doc 33 replace ck#3001 stop

Bank Account Number:   2131878304



From: N. Sontag-Crump
14848 Shorewood Ct.
Midlothian, VA 23112

**CERTIFIED MAIL**

7012 1010 0000 8576 7216

U.S. POSTAGE PAID
MIDLOTHIAN, VA 23112
SEP 18, '14
AMOUNT
$3.79
00084570-10

RECEIVED
SEP 2 2 2014
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL

To: U.S. Bankruptcy Court
801 North Florida Ave
Suite 555
Tampa, FL 33602-3899

**ReadyPost**
Document Mailer
33602389999